No. 97–5285. LOZANO v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–5286. MAUS v. MURPHY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–5287. BROACHWALA v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–5289. BUC-HANAN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–5290. ROBERSON v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 97–5291. CASTRO-SEVERINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–5292. ABBEY v. PATENT AND TRADEMARK OFFICE BOARD OF PATENT APPEALS AND INTERFERENCES. C. A. Fed. Cir. Certiorari denied.

No. 97–5293. LAMBERT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5294. MAUS v. MURPHY, WARDEN, ET AL. Sup. Ct. Wis. Certiorari denied.

No. 97–5297. WILEY v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 97–5298. WILSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5301. TATUM v. CORRECTIONAL MEDICAL SYSTEMS ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 97–5302. VARGAS v. WHITWORTH ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–5303. WELLS v. JONES, SUPERINTENDENT, WAKE CORRECTIONAL CENTER. C. A. 4th Cir. Certiorari denied.